FILED SEP - 7 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FABIO WILFREDO CONTRERAS, JR<br><br>　　　　　Defendant. | Case No.: CR 00-01251-ABC<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND OR COMMUNITY TIES
- UNKNOWN AVAILABLE BAIL RESOURCES
- ALLEGED VIOLATION OF PRETRIAL RELEASE
- IMMIGRATION STATUS: APPARENTLY UNDOCUMENTED

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/7/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge